UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| HD YORSTON, on Behalf of Himself and All Others Similarly Situated, | |
| Plaintiff, | Civ. No. 05 CV 10166 (PBS) |
| vs. | |
| EPIX PHARMACEUTICALS, INC., MICHAEL D. WEBB, PEYTON J. MARSHALL, and ANDREW UPRICHARD, | |
| Defendants. | |

[Additional Captions Set Forth Below]


**[PROPOSED] ORDER (i) CONSOLIDATING ALL RELATED ACTIONS; (ii) APPOINTING THE TOLWIN GROUP AS LEAD PLAINTIFF; AND (iii) APPROVING LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL**

```
-----------------------------------------------------------------X
                                                     :
ROBERT GREENE, Individually and on Behalf of         :
All Others Similarly Situated,                       :
                                                     :
                       Plaintiff,                    :   Civ. No. 05 CV 10194 (WGY)
                                                     :
        vs.                                          :
                                                     :
EPIX PHARMACEUTICALS, INC., Formerly                 :
Known as Epix Medical, Inc., MICHAEL D. WEBB         :
PEYTON J. MARSHALL, and ANDREW                       :
UPRICHARD,                                           :
                                                     :
                       Defendants.                   :
-----------------------------------------------------------------X
                                                     :
JOHN C. JOHNSON JR. DEFINED BENEFIT                  :
PENSION PLAN, Individually and on Behalf of          :
All Others Similarly Situated,                       :
                                                     :
                       Plaintiff,                    :   Civ. No. 05 CV 10272 (GAO)
                                                     :
        vs.                                          :
                                                     :
EPIX PHARMACEUTICALS, INC., Formerly                 :
Known as Epix Medical, Inc., MICHAEL D. WEBB         :
PEYTON J. MARSHALL, and ANDREW                       :
UPRICHARD,                                           :
                                                     :
                       Defendants.                   :
-----------------------------------------------------------------X
```

```
-----------------------------------------------------------------X
                                                                 :
DORAVILLE MANAGEMENT II CORP. by                                 :
Donalz Ramirez, President, on Behalf of Himself and              :
All Others Similarly Situated,                                   :
                                                                 :
                              Plaintiff,         :   Civ. No. 05 CV 10288 (PBS)
                                                                 :
         vs.                                                     :
                                                                 :
EPIX PHARMACEUTICALS, INC., MICHAEL                              :
D. WEBB, PEYTON J. MARSHALL, and                                 :
ANDREW UPRICHARD,                                                :
                                                                 :
                              Defendants.        :
-----------------------------------------------------------------X
                                                                 :
STANLEY A. KIM, on Behalf of Himself and                         :
All Others Similarly Situated,                                   :
                                                                 :
                              Plaintiff,         :   Civ. No. 05 CV 10315 (PBS)
                                                                 :
         vs.                                                     :
                                                                 :
EPIX PHARMACEUTICALS, INC., MICHAEL                              :
D. WEBB, PEYTON J. MARSHALL, and                                 :
ANDREW UPRICHARD,                                                :
                                                                 :
                              Defendants.        :
-----------------------------------------------------------------X
```

00004473.WPD ; 1

```
-------------------------------------------------------------------X
                                                                   :
YALE TOLWIN, on Behalf of Himself and                              :
All Others Similarly Situated,                                     :
                                                                   :
                            Plaintiff,                             :    Civ. No. 05 CV 10388 (PBS)
                                                                   :
        vs.                                                        :
                                                                   :
EPIX PHARMACEUTICALS, INC., MICHAEL                                :
D. WEBB, PEYTON J. MARSHALL, and                                   :
ANDREW UPRICHARD,                                                  :
                                                                   :
                            Defendants.                            :
-------------------------------------------------------------------X
                                                                   :
SANDRA V. BIESTERFELDT, JOHN W.                                    :
BIESTERFELDT, CHRISTINE M. PIPER,                                  :
DOUGLAS S. PIPER, WALTER J. SWINDELL,                              :    Civ. No. 05 CV 10559 (PBS)
MARY M. WEBER, and SCOTT WEBER, on                                 :
Behalf of Themselves and All Persons Similarly                     :
Situated                                                           :
                                                                   :
                            Plaintiff,                             :
                                                                   :
        vs.                                                        :
                                                                   :
EPIX PHARMACEUTICALS, INC., MICHAEL                                :
D. WEBB, PEYTON J. MARSHALL, and                                   :
ANDREW UPRICHARD,                                                  :
                                                                   :
                            Defendants.                            :
-------------------------------------------------------------------X
```

This Court, having considered the motion of the Tolwin Group for consolidation of related cases, appointment as lead plaintiff and approval of selection of co-lead counsel and the memorandum of law and affidavit of Aaron Brody, in support thereof, and good cause appearing therefor, hereby makes the following order:

CONSOLIDATION

1. All actions identified in the captions above and any other related actions which have been or will be filed against the Defendants for violations of the Securities Exchange Act of 1934 shall be hereby consolidated

2. The caption of these consolidated class actions shall be "IN RE EPIX PHARMACEUTICALS, INC. SECURITIES LITIGATION" and the files of these consolidated actions shall be maintained in one master file under Master File No. 05 CV 10166 (PBS). Any other related individual or class actions now pending or hereafter filed in the District of Massachusetts shall be consolidated as part of the IN RE EPIX PHARMACEUTICALS, INC. SEC. LITIG., as and when they are brought to the attention of the Court.

3. Henceforth, every pleading or other such document in these consolidated actions, which ordinarily contains a pleading caption, shall bear the following caption:

```
-------------------------------------------------------
                                          :
IN RE EPIX PHARMACEUTICALS, INC.          :    Master File No. 05 CV 10166 (PBS)
SECURITIES LITIGATION                     :
                                          :
-------------------------------------------------------
```

1

4.      A Master Docket and Master File are hereby established for these consolidated proceedings. The clerk shall file all pleadings or papers in the Master File and note such filing in the Master Docket. No further copies need to be filed or docket entries made.

5.      Having considered the provisions of Section 21D (a)(3)(B) of the Securities Exchange Act of 1934, it is hereby ordered that the Tolwin Group constitutes the "most adequate plaintiff" and that Yale Tolwin, Walter J. Swindell, Douglas S. and Catherine M. Piper, Peter Kersloot, Rod Rogers, James E. Kohl, and Mary M. and Scott Weber each satisfy the requirements of the Exchange Act. The Court hereby appoints the Tolwin Group as Lead Plaintiff in this action.

6.      Pursuant to §21D(a)(3)(B)(v) of the Exchange Act, the Tolwin Group has selected and retained the law firms of Stull, Stull & Brody and Weiss & Lurie as Co-Lead Counsel and the law firm of Gilman & Pastor, LLP as Liaison Counsel. The Court approves Lead Plaintiff's retention of counsel and appoints Stull, Stull & Brody and Weiss & Lurie as Co-Lead Counsel and Gilman and Pastor, LLP as Liaison Counsel.

SO ORDERED THIS _____ day of _____, 2005:

_____
Honorable Patti B. Saris
United States District Court Judge