UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YALE TOLWIN, On Behalf of Himself and All Others Similarly Situated,<br><br>      Plaintiff,<br><br> v.<br><br>EPIX PHARMACEUTICALS, INC., MICHAEL D. WEBB, PEYTON J. MARSHALL AND ANDREW UPRICHARD,<br><br>      Defendants. | Civil Action<br>No. 1:05-cv-10388-PBS |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

 Attorneys Adam L. Sisitsky of the law firm Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. hereby enters his appearance as counsel for defendants Epix Pharmaceuticals, Inc., Michael D. Webb, Peyton J. Marshall and Andrew Uprichard, in the above referenced action.

Dated: April 15, 2005           Respectfully submitted,

                   /s/ Adam L. Sisitsky
                   John F. Sylvia (BBO #555581)
                   Adam L. Sisitsky (BBO #637532)
                   MINTZ, LEVIN, COHN, FERRIS,
                    GLOSKY AN POPEO, P.C.
                   One Financial Center
                   Boston, MA 02111
                   (617) 542-6000

                   Counsel for Defendants

LIT 1515918v1