UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| YALE TOLWIN, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>EPIX PHARMACEUTICALS, INC., MICHAEL D. WEBB, PEYTON J. MARSHALL AND ANDREW UPRICHARD,<br><br>    Defendants. | Civil Action<br>No. 1:05-cv-10388-PBS |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Attorneys John F. Sylvia of the law firm Mintz, Levin, Cohn, Ferris, Glovsky and Popeo,

P.C. hereby enters his appearance as counsel for defendants Epix Pharmaceuticals, Inc., Michael

D. Webb, Peyton J. Marshall and Andrew Uprichard, in the above referenced action.

Dated: April 15, 2005        Respectfully submitted,


           /s/ John F. Sylvia
           John F. Sylvia (BBO #555581)
           Adam L. Sisitsky (BBO #637532)
           MINTZ, LEVIN, COHN, FERRIS,
            GLOSKY AN POPEO, P.C.
           One Financial Center
           Boston, MA 02111
           (617) 542-6000


           Counsel for Defendants

LIT 1515594v1